```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0246--CV (JKS)
              "ALLSTATE INDEMNITY CO V SALLY FIELDER ET AL"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 10/07/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 10/07/04 receipt # 00124151
         Trial by: Jury
```

Parties of Record:                        Counsel of Record:

PLF 1.1          ALLSTATE INDEMNITY CO            Alfred T. Clayton Jr
                                                  Bliss Wilkens et al
                                                  500 L Street, Suite 200
                                                  Anchorage, AK 99501
                                                  907-276-2999
                                                  FAX 907-276-2956

DEF 1.1          FIELDER, SALLY                   Dennis M. Mestas
                                                  Law Offices of Dennis M. Mestas
                                                  745 W. 4th Avenue, Suite 306
                                                  Anchorage, AK 99501
                                                  907-277-9496
                                                  FAX 907-277-4354

DEF 2.1          LIBBEY, DANIEL E.                Eric T. Sanders
                                                  Feldman Orlansky et al
                                                  500 L Street, Suite 400
                                                  Anchorage, AK 99501
                                                  907-272-3538
                                                  FAX 907-274-0819

DEF 3.1          MENEREY, JULIE ESTATE OF         Eric T. Sanders
                                                  (see above)

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0246--CV (JKS)
                       "ALLSTATE INDEMNITY CO V SALLY FIELDER ET AL"

                                    For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/07/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 10/07/04 receipt # 00124151
          Trial by: Jury


 Document #   Filed       Docket text

      1 -  1  10/07/04    Complaint w/att exhs filed; Summons issued.

      2 -  1  10/07/04    PLF 1 Corporate Disclosure Statement.

      3 -  1  11/17/04    DEF 1 Answer to Complaint w/att exhs.

      4 -  1  11/23/04    DEF 2-3 Answer and Counterclaim.

      5 -  1  12/22/04    JKS Minute Order re pltf to file proof of service re D3. cc: cnsl

      6 -  1  12/22/04    PLF 1 motion to dismiss Estate's counterclaims w/att memo.

      7 -  1  12/27/04    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/in 28 days from svc of this ord. cc: cnsl

      8 -  1  01/10/05    PLF 1; DEF 2 stipulation that D2 need not file an oppo to pltf's mot to
                          dsmss cclm; if parties are not able to resolve case, def will be given
                          notice that oppo is due w/in 15 days.

      9 -  1  01/11/05    JKS Minute Order denying stipulation that D2 need not file an oppo to
                          pltf's mot to dsmss cclm (8-1); parties have until 3/9/05 to engage in
                          settl negotiations; if case does not settl, parties to file a status
                          rpt. cc: cnsl

     10 -  1  02/09/05    JKS Minute Order (second notice) re: initial case stat rpt/case S&P;
                          Rule 16(b) rpt is due w/in 15 days from svc of this ord. cc: cnsl

     11 -  1  02/24/05    PLF 1 Notice re: preparation of status report.

     12 -  1  03/10/05    PLF 1 Report re: S&P conf rpt.

     13 -  1  03/10/05    DEF 1 motion to dismiss w/att memo & aff.

     14 -  1  03/15/05    DEF 2 Jury Demand.

     15 -  1  03/15/05    DEF 2 motion for summary judgment w/att aff.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0246--CV (JKS)
                      "ALLSTATE INDEMNITY CO V SALLY FIELDER ET AL"

                                    For all filing dates


 Document #   Filed      Docket text

    16 -  1   03/15/05   DEF 1 memorandum in opposition to PLF 1 motion to dismiss Estate's
                         counterclaims (6-1).

    17 -  1   03/15/05   DEF 2 Request for Oral Argument re: PLF 1 motion to dismiss Estate's
                         counterclaims (6-1).

    18 -  1   03/15/05   DEF 2 Request for Oral Argument re: DEF 2 motion for summary judgment
                         (15-1).

    19 -  1   03/25/05   PLF 1 Unopposed motion for ext of time (to 4/1) to oppos D1 mot to dsmss
                         & reply to oppo to pltf's mot to dsmss estates cclms.

    20 -  1   03/30/05   JWS Order granting motion Unopposed motion for ext of time (to 4/1) to
                         oppos D1 mot to dsmss & r (19-1).  cc: cnsl

    21 -  1   04/01/05   PLF 1 reply to opposition to PLF 1 motion to dismiss Estate's
                         counterclaims (6-1) w/att exhs.

    22 -  1   04/01/05   PLF 1 opposition to DEF 2 motion for summary judgment (15-1).

    23 -  1   04/01/05   PLF 1 opposition to DEF 1 motion to dismiss (13-1) w/att exhs.

    24 -  1   04/06/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 10/28/05; Dispositive motions deadline 11/28/05; Estimate of
                         trial 5 days. cc: cnsl

    25 -  1   04/07/05   DEF 2 motion to amend answer to complaint and counterclaim w/att memo,
                         affs & amended ans & counterclaim.

    26 -  1   04/11/05   DEF 1 reply to opposition to DEF 1 motion to dismiss (13-1).

    27 -  1   04/11/05   DEF 2 Unopposed motion for extension of time until 4/18/05 to file reply
                         to Allstate's opposition to Libbey's motion for summary judgment.

    27 -  2   04/12/05   Order granting unoppo mot for ext of time until 4/18/05 to file reply to
                         Allstate's oppo to mot for sj (27-1). cc: cnsl

    28 -  1   04/18/05   DEF 2 reply to opposition to DEF 2 motion for summary judgment (15-1).

    29 -  1   04/20/05   PLF 1 motion for partial summary on settlement effort w/att memo, aff &
                         exhs.

    30 -  1   04/25/05   PLF 1 Unopposed motion for ext of time to respond to Estate's mot to
                         amend it's answer.

    31 -  1   04/26/05   PLF 1 opposition to DEF 2 motion to amend answer to complaint and
                         counterclaim w/att memo, affs & amended ans & counterclaim (25-1).

    32 -  1   04/27/05   JKS Order granting unopposed motion for one-day ext of time to respond
                         to Estate's mot to amend answer to complaint (30-1). cc: cnsl

    33 -  1   05/02/05   DEF 2 reply to opposition to DEF 2 motion to amend answer to complaint
                         and counterclaim (25-1).

    34 -  1   05/09/05   DEF 1 Unopposed motion for ext of time to 5/19/05 to file oppo to motion
                         for partial summary judgment on settlement effort.


ACRS: R_VDSDX                  As of 12/01/05 at 3:21 PM by GARRY                       Page 2
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0246--CV (JKS)
                         "ALLSTATE INDEMNITY CO V SALLY FIELDER ET AL"

                                      For all filing dates


 Document #    Filed      Docket text

     35 -   1  05/09/05   DEF 2 opposition to PLF 1 motion for partial summary on settlement
                          effort (29-1) w/att aff.

     36 -   1  05/12/05   PLF 1 Unopposed motion for ext of time (to 5/27) to reply to oppo to mot
                          for  partial SJ on settl effort.

     37 -   1  05/16/05   JKS Order granting unopposed motion for ext of time to 5/19/05 to file
                          oppo to motion for partial SJ on settl effort (34-1).

     38 -   1  05/16/05   JKS Order granting unopposed motion for ext of time (to 5/27) to reply
                          to oppo to mot for for partial SJ on settl effort (36-1). cc: cnsl

     39 -   1  05/18/05   DEF 1 opposition to PLF 1 motion for partial summary on settlement
                          effort (29-1) w/att exh.

     40 -   1  05/27/05   PLF 1 reply to opposition to PLF 1 motion for partial summary on
                          settlement effort (29-1) w/att exhs.

     41 -   1  05/27/05   PLF 1 opposition to DEF 2 Unopposed motion for extension of time until
                          4/18/05 to file reply to Allstate's opposition to Libbey's motion for
                          summary judgment (27-1).

     42 -   1  07/28/05   JKS Order denying motion to dismiss (13-1), denying requests for oral
                          argument (17-1, 18-1); denying motion for summary judgment (15-1);
                          denying motion for partial summary on settlement effort w/regard to the
                          1st & 2nd declarations requested & granting motion for partial summary
                          on settlement effort w/regard to the 3rd declaration sought (29-1);
                          denying motion for continuance (39-1); granting motion to dismiss
                          Estate's counterclaims (6-1); granting motion to amend answer to
                          complaint and counterclaim (25-1); joint status report due 8/24/05
                          concerning the status of the underlying tort case. cc: cnsl

     43 -   1  07/29/05   PLF 1 motion for extension of time until 9/9/05 to provide expert wit
                          disclosures, provide revised wit list & move to add parties &/or amend
                          pleadings w/att exh.

     44 -   1  08/24/05   JKS Order granting motion for extension of time until 9/9/05 to provide
                          expert wit disclosures; revised witness list; and move to add parties
                          &/or amend pleadings (43-1). cc: cnsl

     45 -   1  08/24/05   PLF 1; DEF 1-3 Joint Status Report.

     46 -   1  08/26/05   PLF 1 motion for status conference.

     47 -   1  08/29/05   JKS Minute Order granting motion for status conference (46-1); status
                          conference set for 8/29/05 at 1:30 p.m. cc: cnsl

     48 -   1  08/29/05   DEF 2 motion for entry of final judgment.

     49 -   1  08/29/05   JKS Court Minutes [ECR: Robin Carter] Re: status conf held 8/29/05;
                          denying motion for entry of final judgment (48-1).  cc: cnsl

     50 -   1  08/29/05   PLF 1 motion to compel defs' initial disclosures w/att memo & exhs.

     50 -   2  08/29/05   PLF 1 motion for sanctions w/att memo & exhs.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0246--CV (JKS)
"ALLSTATE INDEMNITY CO V SALLY FIELDER ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 51 - 1 | 09/08/05 | DEF 1 Witness List. |
| 52 - 1 | 09/09/05 | PLF 1 motion for ext of time re ddlns. |
| 53 - 1 | 09/13/05 | DEF 2-3 opposition to PLF 1 motion to compel defs' initial disclosures (50-1) w/att exhs. |
| 54 - 1 | 09/14/05 | DEF 1 Transcript re Status Conference (held 8/29/05). |
| 55 - 1 | 09/14/05 | JKS Order granting motion for ext of time until 10/10/05 re certain ddlns (52-1). cc: cnsl |
| 56 - 1 | 09/14/05 | DEF 1 Unopposed motion for ext of time to file att latte oppo to mot to compel. |
| 56 - 2 | 09/15/05 | JKS Order granting unopposed motion for ext of time to file att late oppo to mot to compel (56-1). cc: cnsl |
| 57 - 1 | 09/15/05 | DEF 1 opposition to PLF 1 motion to compel defs' initial disclosures (50-1), PLF 1 motion for sanctions (50-2). |
| 58 - 1 | 09/20/05 | PLF 1 Unopposed motion for ext of time to reply to oppo to mot to compel. |
| 59 - 1 | 09/21/05 | JKS Order granting unopposed motion for ext of time to 9/26 to reply to oppo to mot to compel (58-1). cc: cnsl |
| 60 - 1 | 09/23/05 | PLF 1 reply to opposition to PLF 1 motion to compel defs' initial disclosures (50-1), PLF 1 motion for sanctions (50-2) w/att exhs. |
| 61 - 1 | 09/27/05 | JKS Minute Order denying motion for sanctions (50-2); granting motion to compel defs' initial disclosures (50-1). cc: cnsl |
| 62 - 1 | 10/03/05 | DEF 2-3 Stipulation for substitution of counsel E. Sanders in place of H. Ray. |
| 63 - 1 | 10/04/05 | JKS Order granting stipulation for substitution of counsel E. Sanders in place of H. Ray (62-1). cc: cnsl |
| 64 - 1 | 10/11/05 | PLF 1 motion for ext of time to 11/10 to provide expert witness reports & move to add parties and/or amend pleadings. |
| 65 - 1 | 10/11/05 | PLF 1 Witness List. |
| 66 - 1 | 10/28/05 | PLF 1 motion for protective order to preclude Fielder's discovery of tort defense files w/att memo & exhs. |
| 67 - 1 | 11/10/05 | PLF 1 motion for extension of time until 1/10/06 to file expert witness reports and move to add parties and/or amend pleadings. |
| 68 - 1 | 11/10/05 | DEF 1 opposition to PLF 1 motion for protective order to preclude Fielder's discovery of tort defense files (66-1) w/att exhs. |
| 69 - 1 | 11/16/05 | JWS Order granting mot for ext of time to 11/10/05 to provide expert wit rpts & move to add parties (64-1). cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0246--CV (JKS)
                       "ALLSTATE INDEMNITY CO V SALLY FIELDER ET AL"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 70 - 1 | 11/18/05 | PLF 1; DEF 1 Stipulation for ext of time for Allstate to reply to oppo to mot for protective order. |
| 70 - 2 | 11/23/05 | JKS Order granting stipulation for ext of time to 11/29/05 for Allstate to reply to oppo to mot for protective order (70-1). cc: cnsl |
| 71 - 1 | 11/29/05 | PLF 1 reply to opposition to PLF 1 motion for protective order to preclude Fielder's discovery of tort defense files (66-1) w/att exhs. |