FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 4: 04

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956

Attorneys for Plaintiff
    Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY,<br><br>    Defendants. | Case No. A04-246 CV (JKS) |

### NOTICE RE STATUS OF UNDERLYING DEFENSE COUNSEL

    The Court at Docket 72 granted Allstate's motion for a protective order to prevent Sally Fielder from seeking discovery of the tort defense files in the underlying consolidated tort case. Allstate understands the basis of the Court's Order is that such discovery is premature while the underlying tort case is still pending and because Sally Fielder has no current right to seek discovery on the relation between Allstate and underlying defense counsel as a predicate to seeking damages for bad faith.

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Docket 72 at 2.  To ensure there is no confusion in the record, Allstate files this notice alerting the Court that defense counsel in the underlying tort case, Ingaldson, Maassen & Fitzgerald, is not "independent counsel" as defined by AS 21.89.100.  See Docket 72 at 2.  A need for independent counsel does not arise in the instant case because, according to statute, "a claim in excess of the policy limits" does not constitute a conflict of interest.  AS 21.89.100.

   DATED this 14th day of December, 2005, at Anchorage, Alaska.

            BLISS, WILKENS & CLAYTON
            Lawyers for Plaintiff Allstate
            Indemnity Company

         By: _____
            Alfred Clayton, Jr.
            ABA No.:  9111079

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct
copy of the foregoing document was served
by mail this 14th day of December, 2005, to:

Eric Sanders
Feldman, Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK   99501

Dennis M. Mestas
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK   99501

_____
N:\AKB\854\451\PLDG\NOTICE STATUS Underlying Def Cnsl (3).doc

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Notice Re Status of Underlying Defense Counsel   *Allstate v. Fielder, et al.*
Page 2 of 2                      A04-246 CV (JKS)