FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20  AM 11:01

Dennis M. Mestas
ABA No. 7505028
Law Offices of Dennis M. Mestas, P.C.
745 W. 4th Avenue, Suite 306
Anchorage, Alaska 99501
Telephone:  (907) 277-9496
Facsimile:   (907) 272-4354

Attorneys for Defendant,
    Sally Fielder

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>an Illinois Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALLY FIELDER, and DANIEL E. )<br>LIBBEY, as personal )<br>representative of the ESTATE )<br>OF JULIE MENEREY, )<br>)<br>Defendants. )<br>_____ ) | Case No. A04-246 CV (JKS) |

### STIPULATION FOR EXTENSION OF TIME

COME NOW the parties, by and through counsel, and hereby stipulate that defendant Sally Fielder shall have an extension of time in which to respond to

"Plaintiff's Motion for Preclusion of Expert Testimony Under Rule 37(c) and Motion for Summary Judgment on Negligence Theory", and "Plaintiff's Motion for Partial Summary Judgment Re Absence of Settlement Opportunity", until and including January 9, 2006. Plaintiff Allstate shall then have an extension of time to file its Replies to those Oppositions until and including January 20, 2006.

DATED this 20th day of December, 2005.

LAW OFFICES OF DENNIS M. MESTAS, P.C.
Attorneys for Defendant Sally Fielder

By: _____
FOR Dennis M. Mestas
Alaska Bar No. 7505028

By: _____
Alfred Clayton, Jr.
ABA No. 9111079

FILED
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IT IS SO ORDERED.

Dated: 12/21/05

_____
The Honorable James Singleton
United States District Court Judge

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

A04-0246--CV (JKS)    PM 12-22-05
D. MESTAS
E. SANDERS
A. CLAYTON JR (BLISS)

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of December, 2005, a copy of the foregoing was served by hand delivery to:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 "L" Street, Suite 200
Anchorage, Alaska  99501

_____

fielder.pleadings.stip.extend.3

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

—3—