**FILED**

DEC 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Allstate v. Fielder*
Case No. A04-0246 CV (JKS)

| | |
|---|---|
| By: | THE HONORABLE JAMES K. SINGLETON |
| Deputy Clerk: | Dan Maus, Case Management: 677-6123* |
| PROCEEDINGS: | ORDER FROM CHAMBERS |

Defendant seeks reconsideration of the Court's Order at Docket No. 72. Docket No. 76 (Mot.). The motion does not raise new issues and is therefore **DENIED.**

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 20, 2005

\*   ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A04-0246--CV (JKS)      pm  12-21-05

D. MESTAS
R. SANDERS
A. CLAYTON JR (BLISS)

