FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 AM 11: 02

Paul Cossman
ABA No. 8506091
Law Offices of Dennis M. Mestas, P.C.
745 W. 4th Avenue, Suite 306
Anchorage, Alaska 99501
Telephone:   (907) 277-9496
Facsimile:    (907) 272-4354

Attorneys for Defendant,
    Sally Fielder

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY,  )<br>)<br>)<br>)<br>)<br>Defendants.  )<br>_____ ) | Case No. A04-246 CV (JKS) |

AFFIDAVIT OF SERVICE BY MAIL

STATE OF ALASKA            )
                                              ) ss.
THIRD JUDICIAL DISTRICT  )

HEATHER TEEL, being first duly sworn, deposes and says: I am employed by the Law Offices of Dennis M. Mestas, P.C., and that on the 20th day of December, 2005, I

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

79

served Defendant Fielder's ~~Opposition to Motion to Compel and Unopposed~~ Stipulation for Extension of Time on:

>Eric T. Sanders, Esq.
>Feldman, Orlansky & Sanders
>500 "L" Street, Suite 400
>Anchorage, Alaska 99501

by placing a copy thereof in an envelope, properly addressed as indicated above, which address is the last address of said recipient known to her, and the envelope containing proper and sufficient U.S. postage was deposited by her in the U.S. Post Office or receptacle at Anchorage, Alaska, for delivery by the U. S. Postal Department as directed on said envelope.

DATED this 20th day of December, 2005.

_____
HEATHER TEEL

SUBSCRIBED AND SWORN to before me this 20th day of December, 2005.

_____
Notary Public in and for Alaska
My Commission Expires: 6/21/07

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

-2-

CERTIFICATE OF SERVICE

I certify that on the 20th day of December, 2005, a copy of the foregoing was faxed and mailed to:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 "L" Street, Suite 200
Anchorage, Alaska   99501

Eric Sanders, Esq.
Feldman, Orlansky & Sanders
500 "L" Street, Suite 400
Anchorage, Alaska 99501

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

-3-