ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>    Defendants. | Case No. A04-246 CV (JKS) |

**MOTION TO STRIKE ALLSTATE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT REGARDING ABSENCE OF
SETTLEMENT AUTHORITY**

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*MOTION TO STRIKE*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)

Page 1 of 2

Allstate has filed a motion for partial summary judgment regarding "Absence of Settlement Authority." This motion should be rejected because it was filed after the deadline for dispositive motions.

Under the court's Scheduling and Planning order, all discovery was to be completed by October 28, 2005 and all dispositive motions were to be filed no later than 30 days following that date. Allstate's motion, filed on December 16, 2005, is untimely and should not be considered by the court.

Dated this 7 day of January, 2006.

FELDMAN ORLANSKY & SANDERS

By: _____
Eric T. Sanders
Alaska Bar No. 7510085

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was mailed, faxed, hand delivered to:

Alfred Clayton, Jr. (hand)
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Dennis M. Mestas (mail)
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK 99501

By: _____
Dated: 1/3/06
LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*MOTION TO STRIKE*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)

ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>  Defendants. | Case No. A04-246 CV (JKS) |

## ORDER GRANTING ESTATE OF MENERY'S
## MOTION TO STRIKE

The court hereby grants the Estate of Menery's Motion to Strike Allstate's motion

for partial summary judgment regarding "Absence of Settlement Authority" because it

was filed after the deadline for dispositive motions.

*Order Regarding Continuance of Discovery*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                                 Page 1 of 2

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

Dated this _____ day of January, 2006.

_____
James K. Singleton, Jr.
U. S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify a copy of the foregoing was mailed, faxed, hand delivered to:

Alfred Clayton, Jr. (hand)
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Dennis M. Mestas (mail)
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK 99501

By: /s/ Clayton
Dated: 1/3/06

LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Order Regarding Continuance of Discovery*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)

Page 2 of 2