ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>    Defendants. | Case No. A04-246 CV (JKS) |

### ESTATE OF MENERY'S OPPOSITION TO
### MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
### ABSENCE OF SETTLEMENT OPPORTUNITY

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*ESTATE OF MENERY'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ABSENCE OF SETTLEMENT OPPORTUNITY*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                                 Page 1 of 3

Allstate's motion for partial summary judgment regarding absence of settlement opportunity seeks two basic rulings from the court: (1) that Fielder's allegations of Allstate's misconduct in failing to settle her state tort claim are meritless; and (2) the Estate of Menery has no claims of any nature against Allstate for its conduct between the date of the accident and June 25, 2003. The Estate will briefly address these two points.

First, there is no legal basis and no legal reason for this court to decide whether Fielder's allegations against Allstate have any merit. Allstate owes a duty of good faith to the Menery Estate because they are parties to the insurance contract. In contrast, Allstate owes no such duty to Fielder, a tort claimant who has sued an insured person. Thus, unless and until Fielder has some contractual relationship with Allstate, her allegations have no legal significance and are not an actual controversy. This court has no subject matter jurisdiction to rule on the present motion.

Second, the Estate has not asserted any "causes of action or claims of any nature against Allstate or its agents in any way arising from the handling of Sally Fielder's claims . . . ." Thus, Allstate is asking this court to issue and advisory opinion addressing the outcome of a claim that has never been asserted.

As noted before, a declaratory judgment action may be appropriate while the underlying tort action is proceeding if policy or coverage defenses have been raised. Because no such defense has been raised by Allstate, the court should not issue an advisory opinion on the question of whether Allstate acted in bad faith.

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*ESTATE OF MENERY'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ABSENCE OF SETTLEMENT OPPORTUNITY*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                                    Page 2 of 3

If this court rejects the arguments set forth above, the Estate will need to conduct discovery before opposing the motion for partial summary judgment. Because of its lack of resources, the Estate has not conducted any discovery as of this date. To respond to the pending motion, Libbey needs to depose Jason Skala (Fielder's attorney) and the two Allstate employees who handled Fielder's claim between December 14, 2001 and June 25, 2003. Also, the Estate would need to discover and review any and all documents Allstate or its agents generated during the period in question. Therefore, pursuant to FRCP 56(f), the court should "order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order has is just."

Dated this 3 day of January, 2006.

FELDMAN ORLANSKY & SANDERS

By: _____
Eric T. Sanders
Alaska Bar No. 7510085

CERTIFICATE OF SERVICE
I hereby certify a copy of the foregoing was mailed, faxed, hand delivered to:

Alfred Clayton, Jr. (hand)
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Dennis M. Mestas (mail)
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK 99501

By: _____
Dated: 1/3/06

LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*ESTATE OF MENERY'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ABSENCE OF SETTLEMENT OPPORTUNITY*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                  Page 3 of 3

ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>   Defendants. | Case No. A04-246 CV (JKS) |

**ORDER REGARDING CONTINUANCE OF DISCOVERY**

Pursuant to FRCP 56(f), the court hereby orders a continuance to permit the Estate of Menery the opportunity to obtain affidavits, take depositions or participate in discovery.

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Order Regarding Continuance of Discovery*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                Page 1 of 2

Dated this ____ day of January, 2006.

_____
James K. Singleton, Jr.
U. S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify a copy of the foregoing
was mailed, faxed, hand delivered to:

Alfred Clayton, Jr. (hand)
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Dennis M. Mestas (mail)
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK 99501

By: _____
Dated: 1/3/06

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Order Regarding Continuance of Discovery*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                   Page 2 of 2