ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>An Illinois Corporation, )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE )<br>OF JULIE MENEREY, )<br> )<br>   Defendants. )<br>_____ ) | Case No. A04-246 CV (JKS) |

**AFFIDAVIT OF COUNSEL**

State of Alaska         )
                        ) ss
Third Judicial District )

Eric T. Sanders, being first duly sworn, states as follows:

LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*AFFIDAVIT OF COUNSEL*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                    Page 1 of 3

1. Allstate's Motion for Partial Summary Judgment asks this court to rule as a matter of law that it acted in good faith toward its insured between the date of the accident and June 25, 2003.

2. During that period of time Jason Skala was representing Sally Fielder, and Allstate adjusters Brenda Allen and Beth Lancaster handled the claim on behalf of Allstate.

3. I have not had an opportunity to depose Skala, Lancaster or Allen concerning what transpired during this period of time. I need to take their depositions to determine what did occur.

4. I would also need to obtain and review any and all records in the custody of Skala, Lancaster, Allen or Allstate that concern the period in question.

5. The Menery Estate has no funds to pay for legal fees or expert witnesses. Consequently, I have not conducted any discovery in this case as of this date.

_____
Eric T. Sanders

SUBSCRIBED AND SWORN to before me this **3rd** day of January, 2006.

_____
Notary Public for Alaska
My commission expires: 1/10/07

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
STEPHANIE K. CARPER
My Comm. expires: January 10, 2007

LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*AFFIDAVIT OF COUNSEL*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                          Page 2 of 3

CERTIFICATE OF SERVICE
---

I hereby certify a copy of the foregoing was mailed, faxed, hand delivered to:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501

Dennis M. Mestas
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK  99501

By:_____
Dated: _____

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*AFFIDAVIT OF COUNSEL*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)