ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>    Defendants. | Case No. A04-246 CV (JKS) |

**ESTATE OF MENEREY'S OPPOSITION TO ALLSTATE'S MOTION
FOR PRECLUSION OF EXPERT TESTIMONY AND MOTION FOR
SUMMARY JUDGMENT ON NEGLIGENCE THEORY**

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*ESTATE OF MENEREY'S OPPOSITION TO ALLSTATE'S MOTION FOR PRECLUSION OF EXPERT TESTIMONY
AND MOTION FOR SUMMARY JUDGMENT ON NEGLIGENCE THEORY*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                                 Page 1 of 3

Allstate argues that because the defendants did not disclose expert witnesses and opinions, this court should issue an order that: (1) precludes the Estate from offering expert testimony at trial or in response to any motions; and (2) for summary judgment on any negligent claim arising before June 25, 2005.

As this court has been informed many times already, there is no "controversy" between the Estate and its insurer, Allstate. In short, contrary to the court's statement in its December 7, 2005 order, the Estate is not represented by "independent counsel" in the state tort action. It is undisputed that there are no policy or coverage defenses that have been raised which might justify the appointment of an independent attorney.

In its pleadings the Estate has not alleged that Allstate was negligent, and it would be premature to even consider such a claim unless and until Fielder obtained an excess judgment against the Estate. This court cannot give an advisory opinion on a claim that has never been alleged by the insured.

Allstate's pleadings indicate that Fielder raised a negligence theory in her Fourth Affirmative Defense. But there is no contractual relationship between Fielder and Allstate. Allstate owes no duty of care to Fielder, the tort claimant. In the event Allstate wants to litigate with the tort claimant, despite the fact that no contractual relationship exists, the Estate is not bound by rulings on claims the Estate has not raised.

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*ESTATE OF MENEREY'S OPPOSITION TO ALLSTATE'S MOTION FOR PRECLUSION OF EXPERT TESTIMONY AND MOTION FOR SUMMARY JUDGMENT ON NEGLIGENCE THEORY*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                                 Page 2 of 3

Dated this 3 day of January, 2006.

FELDMAN ORLANSKY & SANDERS

By: _____
Eric T. Sanders
Alaska Bar No. 7510085

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was mailed, faxed, hand delivered to:

Alfred Clayton, Jr. (hand)
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Dennis M. Mestas (mail)
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK 99501

By: _____
Dated: 1/3/06

LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*ESTATE OF MENEREY'S OPPOSITION TO ALLSTATE'S MOTION FOR PRECLUSION OF EXPERT TESTIMONY AND MOTION FOR SUMMARY JUDGMENT ON NEGLIGENCE THEORY*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                                 Page 3 of 3