Paul Cossman, Esq.
ABA No. 8506091
Law Offices of Dennis M. Mestas, P.C.
745 W. 4th Avenue, Suite 306
Anchorage, Alaska 99501
Telephone:  (907) 277-9496
Facsimile:   (907) 272-4354

Co-counsel for Defendant,
    Sally Fielder

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY,<br><br>    Defendants. | Case No. A04-246 CV (JKS) |

**<u>Defendant Sally Fielder's Opposition to Motion for Partial Summary Judgment Re:
Absence of Settlement Opportunity</u>**

Defendant Sally Fielder Joins in the Estate of Menerey's Opposition to Motion for Partial Summary Judgment Regarding Absence of Settlement Opportunity, and incorporates the Estate's Opposition as if fully set forth herein. As noted in the Affidavit of Eric Sanders, there has been no deposition of Allstate, Elizabeth Lancaster, or Brenda Allen in this case. Those depositions would certainly be required before defendants could properly defend against Plaintiff's Motion for Summary

Judgment. Therefore, should this court not deny Plaintiff's motion outright, the depositions of Allstate and its representatives will need to be taken to adequately oppose the motion, and Defendant Fielder joins in the Estate's request for an FRCP 56(f) continuance for discovery and depositions.

Defendant Fielder further notes to this Court that none of the Allstate insurance adjusters are individual parties to this action. Any judgment entered by this Court cannot affect independent negligence claims against those Allstate adjusters for which Allstate has vicarious liability.

DATED this 9th day of January, 2006.

        LAW OFFICES OF DENNIS M. MESTAS, P.C.
        Co-counsel for Defendant Sally Fielder

By: _____
        Paul Cossman
        Alaska Bar No. 8506091

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

## CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2006, a copy of the foregoing was mailed to:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 "L" Street, Suite 200
Anchorage, Alaska  99501

Eric T. Sanders, Esq.
Feldman, Orlansky & Sanders
500 "L" Street, Suite 400
Anchorage, Alaska  99501

_____

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354