Paul Cossman, Esq.
ABA No. 8506091
Law Offices of Dennis M. Mestas, P.C.
745 W. 4th Avenue, Suite 306
Anchorage, Alaska 99501
Telephone:  (907) 277-9496
Facsimile:   (907) 272-4354

Co-counsel for Defendant,
    Sally Fielder

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>an Illinois Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. A04-246 CV (JKS)<br>SALLY FIELDER, and DANIEL E. )<br>LIBBEY, as personal representative )<br>of the ESTATE OF JULIE MENEREY, )<br>)<br>Defendants. )<br>_____ ) | |

**Joinder in Estate of Menerey's Motion to Strike Allstate's Motion for Partial Summary Judgment Regarding Absence of Settlement Authority**

Comes now Defendant Sally Fielder, by and through counsel, and hereby joins in Defendant Estate of Menerey's Motion to Strike Allstate's Motion for Partial Summary Judgment Regarding Absence of Settlement Authority.

DATED this 9th day of January, 2006.

                              LAW OFFICES OF DENNIS M. MESTAS, P.C.
                              Co-counsel for Defendant Sally Fielder

                              By: _____
                                   Paul Cossman
                                   Alaska Bar No. 8506091

CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2006, a copy of the foregoing was mailed to:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 "L" Street, Suite 200
Anchorage, Alaska   99501

Eric T. Sanders, Esq.
Feldman, Orlansky & Sanders
500 "L" Street, Suite 400
Anchorage, Alaska   99501

_____

LAW OFFICES OF
DENNIS M. MESTAS
A PROFESSIONAL CORPORATION
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354