Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956

Attorneys for Plaintiff
     Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:04-CV-246-JKS |
| v. | ) ) ) | |
| SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**[PROPOSED]**
**ORDER DENYING MOTION TO STRIKE ALLSTATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE ABSENCE OF SETTLEMENT AUTHORITY**

The Court having considered Defendants' Motion to Strike Allstate's Motion for Partial Summary Judgment Regarding Absence of Settlement Authority, and Allstate's opposition thereto,

IT IS HEREBY ORDERED AND DECLARED:

Defendants' Motion to Strike Allstate's Motion for Partial Summary Judgment Regarding Absence of Settlement Authority is DENIED.

DATED:_____                    _____
                                         JAMES K. SINGLETON, JR.
                                         U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on
January 11th, 2006, a copy
of the foregoing Proposed Order
was served electronically on:

Eric Sanders

And by mail on:

Dennis M. Mestas
Law Office of Dennis M. Mestas
745 W. 4th Avenue, Suite 306
Anchorage, AK 99501


s/Alfred Clayton, Jr.

N:\AKB\854\451\PLDG\ABSENCE.SETTLEMENT.SJ.Ord.doc