# FELDMAN ORLANSKY & SANDERS
### COUNSELORS AT LAW

**500 L STREET, SUITE 400**
**ANCHORAGE, ALASKA 99501**

ERIC T. SANDERS
Direct Tel: 907.677.8304
sanders@frozenlaw.com

TEL: 907.272.3538
FAX: 907.274.0819

January 12, 2006

**HAND-DELIVERED**

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

Re:   <u>Allstate Indemnity Company v. Sally Fielder, et al.</u>
      U.S. District Court Case No. A04-0246 CV (JKS)

Dear Al:

    I received the expert reports prepared for Allstate by Allen Compton and Robert Lohr. Please produce a copy of any bills submitted by these experts to Allstate.

    Also, I want to depose Mr. Lohr as soon as possible. I am particularly interested in examining him concerning his "opinion Allstate has continued since November 27, 2002 to act in good faith to protect the interests of its insured." Please let me know when the deposition can occur.

Very truly yours,

FELDMAN ORLANSKY & SANDERS

Eric T. Sanders

ETS:dea

RECEIVED HD 9:35am
Bliss, Wilkens & Clayton

JAN 1 2 2005

File #: 854-451   Atty: ATC
Cal...ar_____ File _____
cc_____

EXHIBIT __A__
PG __1__ OF __1__