ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,  )<br>An Illinois Corporation,                     )<br>                                                          )<br>         Plaintiff,                                    )<br>                                                          )<br>     v.                                                  )<br>                                                          )<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE   )<br>OF JULIE MENEREY,                          )<br>                                                          )<br>         Defendants.                               )<br>_____) | Case No. A04-246 CV (JKS) |

**NOTICE REGARDING ESTATE'S FUNDS**

In a recent pleading Allstate made a false allegation which cannot go unanswered. Initially, it is important to point out once again that Allstate is the insurer for the Menerey Estate and has a duty to deal fairly with its insured.

The Menerey Estate was sued by Allstate in an effort to obtain court approval of the insurer's conduct in defending a tort claim arising from an automobile accident. This action is unprecedented where the insured has fulfilled the duty to cooperate in the defense of the tort action and no coverage or policy defenses have been raised.[1]

The Menerey Estate has no assets to pay attorney's fees or costs to defend Allstate's lawsuit. Since this declaratory judgment action was filed on October 7, 2004, the court has docketed more than 90 pleadings. Obviously, a substantial amount of legal work has been performed. Whereas Allstate's attorney has been fully compensated for all his legal work, the estate's attorney has received nothing. Moreover, Allstate has refused a request for payment of the estate's legal bills. (See attached Affidavit of Eric T. Sanders.)

With its unlimited financial resources, Allstate wants to bury the insured in this litigation so it can prevail by default. At the same time, Allstate routinely complains to the court that the estate has not taken depositions or hired expert witnesses. Although the estate's attorney may work for free, court reporters and expert witnesses do not.

---

[1] The court's December 7, 2005 order suggests it allowed this lawsuit to proceed because of a "conflict" which obviously does not exist. Neither Allstate nor this court has ever identified the controversy which is a jurisdictional necessity.

*NOTICE REGARDING ESTATE'S FUNDS*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                          Page 2 of 4

To establish that the estate is not being candid with the court about this predicament, Allstate contends that the "estate apparently has funds enough to ask to depose Allstate expert Bill Lohr."[2] In truth, the estate has no funds to conduct discovery, including the deposition of Mr. Lohr. This deposition, like all the other legal work performed for the estate, will be done without pay. If Allstate has any information to the contrary, it should be disclosed to the court forthwith. In short, the fact that the estate has incurred enormous legal fees to defend Allstate's federal lawsuit is not at evidence that the estate has funds to pay them, but rather is proof of why Allstate is acting in bad faith by pursuing this lawsuit.

Dated this 20th day of January, 2006.

<u>s/Eric T. Sanders</u>

FELDMAN ORLANSKY & SANDERS
Attorneys for Defendant
Daniel E. Libbey
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com
Alaska Bar No. 7510085

---

[2] See Allstate's Reply to Fielder's Opposition to Motion for Partial Summary Judgment on Absence of Settlement Opportunity at Footnote 5.

***NOTICE REGARDING ESTATE'S FUNDS***
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)                                                    Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2006,
a copy of the Notice Regarding Estate's Funds
was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

and by mail on:

Dennis M. Mestas
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK  99501

s/Eric T. Sanders