ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>　　　　Defendants. | Case No. A04-246 CV (JKS) |

**AFFIDAVIT OF COUNSEL**

State of Alaska            )
                           ) ss
Third Judicial District    )

　　　Eric T. Sanders, being first duly sworn, states as follows:

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*AFFIDAVIT OF COUNSEL*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)

Page 1 of 2

1. I am the attorney representing the Menerey Estate in this lawsuit.

2. The estate has no funds to pay fees or costs incurred in defending this case.

3. On March 1, 2005 Allstate refused my request to pay the estate's legal fees.

4. I have received no compensation for the time I have worked on this lawsuit.

5. I want to depose Bill Lohr. I will not be compensated for any time spent on this discovery.

Eric T. Sanders

SUBSCRIBED AND SWORN to before me this 20th day of January, 2006.

Notary Public for Alaska
My commission expires: 12-9-2009

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2006,
a copy of the Affidavit of Counsel was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

and by mail on:

Dennis M. Mestas
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK 99501

s/Eric T. Sanders

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*AFFIDAVIT OF COUNSEL*
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. A04-0246 CV (JKS)

Page 2 of 2