# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### ALLSTATE INDEM. CO.   v.   SALLY FIELDER, *ET AL.*

HONORABLE TIMOTHY M. BURGESS

DATE: May 25, 2006                                    CASE NO.  3:04-cv-00246-TMB

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**

### ORDER RE: MOOTNESS

The court having been advised in the Joint Status Report filed at docket 95 that a defense verdict was entered in the state court in that certain action entitled *Sally Field v. Estate of Julie Menery*.  The entry of a defense verdict in that case indicates the action before this Court is or may be moot.

IT IS THEREFORE ORDERED THAT on or before **June 23, 2006**, counsel for Plaintiff must file with this Court a report of the status of the above-referenced state court action.

IT IS FURTHER ORDERED THAT in the event that Plaintiff does not timely file a status report, this case will be dismissed, without prejudice, as moot, with each party to bear its or her own attorney's fees and costs.

IT IS FURTHER ORDERED THAT the following pending motions are DENIED, without prejudice to renewal if necessary:

Plaintiff's Motion for Preclusion of Expert Testimony and for Summary Judgment on Negligence Theory at docket 73;

Plaintiff's Motion for Summary Judgment re: Absence of Settlement Opportunity at Docket 75; and

Defendants's Motion to Striker at docket 80.

[MO re Mootness.wpd]{Rev. 07/04}