*Libbey Law Offices*
*604 West Second Avenue*
*Anchorage, Alaska 99501*
*(907) 258-1815*
*(907) 258-1822 fax*

March 12, 2004

<u>Via Facsimile</u>

Al Clayton
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, Alaska 99501

    Re:    Julie Menerey Estate

Dear Mr. Clayton:

    This is my answer to the concerns expressed in your March 5, 2004 letter. As you know, I am the personal representative of the estate of Julie Menerey, and the estate has been sued by Sally Fielder. Allstate provides coverage for this claim and has selected Bill Ingaldson to defend the estate. Although Allstate will be paying Mr. Ingaldson's fees, I have no reason to believe this will compromise his ability to competently represent the estate. Obviously, it would be wrong to assume that one's legal obligations are necessarily dictated or controlled by the entity that is paying the fees. I will do what is legally necessary to protect the estate of Julie Menerey. An insured has a duty to cooperate with his insurer and you can be ensured I will not do anything to unnecessarily jeopardize Allstate's coverage of this claim.

                              Very truly yours,

                              Daniel E. Libbey

Exhibit 1
Status Report of Estate