# BLISS, WILKENS & CLAYTON
an association of LLCs

500 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501-5909
TELEPHONE: (907) 276-2999 • FACSIMILE: (907) 276-2956 • E-MAIL: law@bwclawyers.com

Ronald L. Bliss
James K. Wilkens
Alfred Clayton, Jr.

Jonathan P. Hegna

Of Counsel
Jean E. Kizer
Deborah K. Periman
Ann K. Stokes
Maryanne Boreen

March 31, 2004

*Via Facsimile and Mail*

Daniel E. Libbey
Libbey Law Offices
604 W. 2nd Avenue
Anchorage, AK    99501

    Re:  *Fielder v. Estate of Julie Menerey*
         Case No.:                3AN-03-13709 CI
         *Amy Menerey v. Estate of Julie Menerey*
         Case No.:                3PA-03-1619 CI
         Allstate Claim No.:      3322631791
         Our File No.:            854-451

Dear Dan:

    Thank you for your letter of March 12, 2004. Allstate appreciates very much your commitment to do what is legally necessary to protect the estate of Julie Menerey. Allstate also appreciates your recognition of the insured's duty to cooperate with an insurer in the defense of claims.

    I look forward to working with you and Mr. Ingaldson to move these claims toward resolution. In that regard, I am writing to pass on some thoughts about what appear to be "complete" defenses to the claims Amy Menerey has alleged.

*Redacted*

Daniel E. Libbey
March 31, 2004
Page 2

*Redacted*

    Allstate believes the estate shares the same interest in aggressively raising these and other defenses the estate may have to Amy Menerey's lawsuit. We assume you will agree. If not, please let us why you think it unwise to raise these defenses against the claims brought by Amy Menerey.

                               Regards,

                               BLISS, WILKENS & CLAYTON

                               Alfred Clayton, Jr.

ATC:ab
cc: Bill Ingaldson

N:\AKB\854\451\CORRESP\Libbey.4.doc