IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

SALLY FIELDER, an individual, )
)
        Plaintiff, )
)
vs. )
)
THE ESTATE OF JULIE MENERY, )
Deceased. )
)
        Defendant. )
_____)

Case No. 3AN 03-13709 CI

FILED IN OPEN COURT

Date: 5/15/06 AT

### SPECIAL VERDICT

We, the jury in the above-entitled case, find the following special verdict submitted to us in the above-captioned case:

(1) Was Julie Menery negligent?

Answer "yes" or "no." Answer: __No__

If you answered Question No. 1 "no," do not answer any further questions. Your foreperson should date and sign this verdict.

If you answered "yes" to Question No. 1, then answer Question No. 2.

(2) Was the negligence of Julie Menery a legal cause of injury to Sally Fielder?

Answer "yes" or "no." Answer: _____

If you answered Question No. 2 "no," do not answer any further questions. Your foreperson should date and sign this verdict.

If you answered "yes" to Question No. 2, then answer Question No. 3.

(3) What are the damages, if any, suffered by plaintiff Sally Fielder?

    (a) Past economic loss:

        (i) past medical expenses    $ _____

    (b) Past non-economic loss:    $ _____

    (c) Future economic loss:

        (i) lost earnings capacity    $ _____

        (ii) non-market services    $ _____

    (d) Future non-economic loss:    $ _____

        **TOTAL:**    $ _____

DATED: May 15th, 2006

_____
JURY FOREPERSON