ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>An Illinois Corporation,                       )<br>                                                             )<br>               Plaintiff,                             )<br>                                                             )    Case No. 3:04-cv-00246-TMB<br>   vs.                                                 )<br>                                                             )<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE  )    (Proposed)<br>OF JULIE MENEREY,                           )    **ORDER SCHEDULING**<br>                                                             )    **STATUS CONFERENCE**<br>               Defendants.                         )<br>_____) | |

    IT IS HEREBY ORDERED that a status conference is scheduled for the _____ day of

_____, 2006, at _____ __.m., before the Honorable Timothy M. Burgess, in

courtroom _____, at the United States Courthouse, 222 West 7th Avenue, Anchorage, Alaska.

/

(Proposed) Order Scheduling Status Conference
3:04-cv-00246-TMB
Page 1 of 2

DATED this ____ day of _____, 2006.

BY THE COURT

_____
Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

I hereby certify that on the 25th day of May, 2006, a true and correct copy of the foregoing (Proposed) Order Scheduling Status Conference was served electronically on:

Alfred Clayton, Jr.

And by mail on:

Dennis M. Mestas
Law Offices of Dennis M. Mestas
745 west 4th Avenue, Suite 306
Anchorag,e alaska 99501

By__/s/ Eric T. Sanders_____