ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, ) | | |
| An Illinois Corporation, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | Case No. 3:04-cv-00246-TMB | |
| v. ) | | |
| ) | | |
| SALLY FIELDER, and DANIEL E. LIBBEY, ) | | |
| As personal representative of the ESTATE ) | **DEFENDANT ESTATE OF** | |
| OF JULIE MENEREY, ) | **JULIE MENEREY'S** | |
| ) | **RESPONSE TO ORDER RE:** | |
| Defendants. ) | **MOOTNESS** | |
| _____) | | |

The court's May 25, 2006 Order states that as a result of the defense verdict in the Fielder tort action this case is or may be moot. Further, if Allstate does not file a status report on or before June 23, 2006, this case will be dismissed with each party to bear its own attorney's fees and costs. For the reasons set forth in the Estate's Status Report

Defendant Estate of Julie Menerey's Response to Order Re: Mootness
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                 Page 1 of 2

(Docket No. 97), the Menerey Estate is entitled to seek its attorney's fees and costs in this case. Moreover, in view of the recent verdict, the Estate plans to file a new action against Allstate.

As set forth in the Status Report, the Estate requests a conference with the court before any further action is taken.

Dated this 30th day of May, 2006.

                                        s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com
Alaska Bar No. 7510085

Attorneys for Defendant
Daniel E. Libbey,

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006,
a copy of Defendant Estate of Julie Menerey's
Response to Order Re: Mootness was served
electronically on:

Alfred Clayton, Jr.

and by mail on:

Dennis M. Mestas
Law Offices of Dennis M. Mestas
745 West 4th Avenue, Suite 306
Anchorage, AK  99501

s/ Eric T. Sanders

Defendant Estate of Julie Menerey's Response to Order Re: Mootness
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                                  Page 2 of 2