Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
    Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, ) an Illinois Corporation, ) )              Plaintiff, ) ) v. ) ) SALLY FIELDER, and DANIEL E. ) LIBBEY, as personal ) representative of the ESTATE ) OF JULIE MENEREY, ) )           Defendants. ) _____) | Case No. 3:04-CV-246-TMB |

**UNOPPOSED MOTION TO RESCHEDULE HEARING**

Plaintiff Allstate Indemnity Company, through counsel of record, requests the court to reschedule the status conference presently set for August 14, 2006 at 2 p.m. due to undersigned counsel's unavailability on that day.  Counsel suggests an alternative date of August 21, 2006.  Counsel for the other parties to this action do not oppose this request and are available on August 21, 2006.

DATED this 9th day of August, 2006, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail:  atc@bwclawyers.com
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2006, a copy of the foregoing UNOPPOSED MOTION TO RESCHEDULE HEARING was served electronically on:

**Eric Sanders**

**And by mail on Dennis M. Mestas**

**s/Alfred Clayton, Jr.**

N:\AKB\854\451\PLDG\UNOPPOSED.MTN.RESCHEDULE.HEARING.doc