Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
     Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY,<br><br>      Defendants. | Case No. 3:04-CV-246-TMB |

**NOTICE OF SETTLEMENT OF**
**CERTAIN CLAIMS**

Negotiations between Allstate Indemnity Company and Sally Fielder have resulted in a settlement of their dispute.  They are in the process of exchanging settlement documents and will soon make a further filing with the court.

DATED this 20th day of September, 2006, at Anchorage, Alaska.

By: <u>s/Alfred Clayton, Jr.</u>

BLISS, WILKENS & CLAYTON  
Counsel for Plaintiff  
Allstate Indemnity Company  
500 L Street, Suite 200  
Anchorage, AK   99501  
E-mail:  <u>atc@bwclawyers.com</u>  
Phone: (907) 276-2999  
Fax:  (907) 276-2956  
[ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2006 a copy of the foregoing NOTICE OF SETTLEMENT OF CERTAIN CLAIMS was served electronically on:

**Eric Sanders**

**Dennis M. Mestas**

<u>**s/Alfred Clayton, Jr.**</u>

N:\AKB\854\451\PLDG\NTC.SETTLEMENT.SALLY.FIELDER.doc