ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>An Illinois Corporation, )<br> )<br>　　　　　　　　　　Plaintiff, )<br> )<br>　v. )<br> )<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE )<br>OF JULIE MENEREY, )<br> )<br>　　　　　　　　　　Defendants. )<br>_____) | Case No. 3:04-cv-00246-TMB |

**ESTATE OF JULIE MENEREY'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

The Estate of Julie Menerey, through counsel, hereby requests that the Court

dismiss this case because the Court lacks subject matter jurisdiction. This motion is

Estate of Julie Menerey's Motion to Dismiss for Lack of Subject Matter Jurisdiction
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                                      Page 1 of 2

made pursuant to Federal Rule 12(h)(3) and is supported by the Estate's Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Dated this 22nd day of September, 2006.

s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com
Alaska Bar No. 7510085

Attorneys for Defendant
Daniel E. Libbey

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2006,
a copy of the Estate of Julie Menerey's Motion to
Dismiss for Lack of Subject Matter Jurisdiction was
served electronically on:

Alfred Clayton, Jr.
Dennis M. Mestas

s/ Eric T. Sanders

Estate of Julie Menerey's Motion to Dismiss for Lack of Subject Matter Jurisdiction
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                 Page 2 of 2