ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>               Defendants. | Case No. 3:04-cv-00246-TMB<br><br><br>(Proposed)<br>**ORDER DISMISSING CASE** |

IT IS HEREBY ORDERED that the Court GRANTS the Estate of Julie Menerey's

Motion to Dismiss for Lack of Subject Matter Jurisdiction. The Estate shall file its motion

for attorney's fees within 10 days of the date of distribution of this order.

DATED this _____ day of _____, 2006.

BY THE COURT

_____
Timothy M. Burgess
U.S. District Court Judge