# BLISS, WILKENS & CLAYTON
an association of LLCs

500 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501-5909
TELEPHONE: (907) 276-2999 • FACSIMILE: (907) 276-2956 • E-MAIL: law@bwclawyers.com

Ronald L. Bliss
James K. Wilkens
Alfred Clayton, Jr.

Jonathan P. Hegna

Of Counsel
Jean E. Kizer
Deborah K. Periman
Ann K. Stokes
Maryanne Boreen

RECEIVED
Keesal, Young & Logan

JAN 18 2005

File No. 02-86-1    Atty _____
Calandared _____
Approved to File _____

January 14, 2005

_JOINT DEFENSE PRIVILEGE_

_Via Mail_

Eric T. Sanders
Keesal Young & Logan
1029 W. Third Avenue, Suite 650
Anchorage, AK   99501

Re:  _Allstate v. Fielder_, Case No. A04-246 CIV (JKS)
     Your Client:        Estate of Julie Menerey
     Allstate Policy:    907184390
     Allstate Insured:   Amy Menerey
     Our File:           854-451

Dear Eric:

    I am writing about the referenced case.

REDACTED

    Allstate believes a case and controversy exists as evidenced
by Sally Fielder's answer to Allstate's complaint.

REDACTED

Exhibit 1
Memorandum in Support of
Motion to Dismiss for Lack of
Subject Matter Jurisdiction
Case No. 3:04-cv-00246-TMB