Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Plaintiff
    Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,        Plaintiff,   v.   SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY,        Defendants. | Case No. 3:04-CV-246-TMB |

### STIPULATION TO DISMISS CLAIMS AGAINST SALLY FIELDER

Allstate Indemnity Company and Sally Fielder Hannaman, through counsel, hereby stipulate and agree that Sally Fielder Hannaman shall be dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(1). Allstate and Ms. Hannaman, by and through their respective attorneys, also stipulate and agree that each party shall bear their own attorneys fees or costs incurred in this action.

DATED this 23d day of October, 2006, at Anchorage, Alaska.

By: <u>s/Alfred Clayton, Jr.</u>

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail:  <u>atc@bwclawyers.com</u>
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 9111079]

DATED this 23d day of October, 2006, at Anchorage, Alaska.

By: <u>s/Paul Cossman</u>

LAW OFFICE OF DENNIS M. MESTAS PC
Counsel for Defendant
Sally Fielder
745 W. 4th Ave., Suite 306
Anchorage, AK   99501
E-mail:  <u>paulcossman@acsalaska.net</u>
Phone: (907) 277-9496
Fax:   (907) 272-4354
[ABA No. 8506091]

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2006,
a copy of the foregoing Stipulation to Dismiss
Claims Against Sally Fielder was
served electronically on:

**Eric Sanders**

**Dennis M. Mestas/Paul Cossman**


<u>**s/Alfred Clayton, Jr.**</u>


N:\AKB\854\451\PLDG\DISMISS.STIP.CLAIMS.SALLY.FIELDER.doc