Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
     Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>an Illinois Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SALLY FIELDER, and DANIEL E.<br>LIBBEY, as personal<br>representative of the ESTATE<br>OF JULIE MENEREY,<br><br>            Defendants. | Case No. 3:04-CV-246-TMB |

**MOTION TO DISMISS ALLSTATE'S
CLAIMS AGAINST THE ESTATE**

Allstate Indemnity Company, by and through its counsel, Bliss, Wilkens & Clayton, moves to dismiss without prejudice its claims with respect to Daniel Libbey as personal representative of the Estate of Julie Menerey pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear their own costs and attorney fees incurred in this litigation.  This motion is supported by the attached Memorandum and proposed order.

DATED this 23d day of October, 2006, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail:  atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on October ___, 2006,
a copy of the foregoing MOTION TO DISMISS
ALLSTATE'S CLAIMS AGAINST THE ESTATE was
served electronically on:

**Eric Sanders**

**Dennis M. Mestas/Paul Cossman**

**s/Alfred Clayton, Jr.**

N:\AKB\854\451\PLDG\DISMISS.ESTATE.MTN.doc

Motion to Dismiss Allstate's Claims
Against the Estate                                           *Allstate v. Fielder, et al.*
Page 2 of 2                                                           3:04-CV-246-TMB