Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
     Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:04-CV-246-TMB |
| v. | ) ) | |
| SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED**
**ORDER DISMISSING THE ESTATE**

Allstate Indemnity Company has moved to dismiss its claims with respect to Daniel Libbey as personal representative of the Estate of Julie Menerey pursuant to Fed. R. Civ. P. 41(a)(2), conditioned upon each party to bear their own costs and attorney fees incurred in this litigation. Having reviewed the record and the arguments of counsel,

IT IS HEREBY ORDERED, that Allstate's claims with respect to

Daniel Libbey as personal representative of the Estate of Julie Menerey are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each side to bear its own costs and attorneys fees.

Dated: _____          _____
                                TIMOTHY M. BURGESS
                                U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2006,
a copy of the foregoing ORDER DISMISSING
THE ESTATE was served electronically on:

**Eric Sanders**

**Dennis M. Mestas/Paul Cossman**

**s/Alfred Clayton, Jr.**

N:\AKB\854\451\PLDG\DISMISS.ESTATE.ORDER.doc