ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>            Defendants.<br>_____ | Case No. 3:04-cv-00246-TMB |

**ERRATA TO MENEREY ESTATE'S REPLY
TO ALLSTATE'S OPPOSITION TO MOTION TO
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

   PLEASE TAKE NOTICE that defendant Daniel E. Libbey hereby files an errata

to his Reply to Allstate's Opposition to Motion to Dismiss for Lack of Subject Matter

Errata to Menerey Estate's Reply to Allstate's Opposition to
Motion to Dismiss for Lack of Subject Matter Jurisdiction
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                                   Page 1 of 2

Jurisdiction. The word "class" in the first sentence of the first paragraph on page 5 should be "classic".

Dated this 26th day of October, 2006.

s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com
Alaska Bar No. 7510085

Attorneys for Defendant
Daniel E. Libbey

CERTIFICATE OF SERVICE
I hereby certify that on the 26th day of October, 2006,
a copy of the Errata to Menerey Estate's Reply to Allstate's
Opposition to Motion to Dismiss for Lack of Subject
Matter Jurisdiction was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders

Errata to Menerey Estate's Reply to Allstate's Opposition to
Motion to Dismiss for Lack of Subject Matter Jurisdiction
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                    Page 2 of 2