ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>                    Defendants. | Case No. 3:04-cv-00246-TMB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION TO DISMISS
ALLSTATE'S CLAIMS AGAINST THE ESTATE**

Daniel E. Libbey, as personal representative of the Estate of Julie Menerey, hereby requests that this Court grant an extension of time to November 20, 2006, to file a

Unopposed Motion for Extension of Time to File Response
To Motion to Dismiss Allstate's Claims Against the Estate
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                    Page 1 of 2

response to Allstate's Motion to Dismiss Claims Against the Estate. Alfred Clayton, attorney for Allstate Indemnity Company, does not oppose this motion.

Dated this 13th day of November, 2006.

                                                  s/ Eric T. Sanders

                                                  FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com
Alaska Bar No. 7510085

Attorneys for Defendant
Daniel E. Libbey

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2006,
a copy of the Unopposed Motion for Extension of Time
to File Response to Motion to Dismiss Allstate's Claims
Against the Estate was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders

Unopposed Motion for Extension of Time to File Response
To Motion to Dismiss Allstate's Claims Against the Estate
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                Page 2 of 2