ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, <br> An Illinois Corporation, <br><br>         Plaintiff, <br><br>    vs. <br><br> SALLY FIELDER, and DANIEL E. LIBBEY, <br> As personal representative of the ESTATE <br> OF JULIE MENEREY, <br><br>         Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 3:04-cv-00246-TMB <br><br><br> (Proposed) <br> **ORDER GRANTING** <br> **EXTENSION OF TIME TO** <br> **FILE RESPONSE TO** <br> **MOTION TO DISMISS** <br> **CLAIMS AGAINST ESTATE** |

Pursuant to the Unopposed Motion for Extension of Time to File Response to Motion to Dismiss Allstate's Claims Against the Estate,

IT IS HEREBY ORDERED that defendant, Daniel E. Libbey, as personal representative of the Estate of Julie Menerey, shall have until November 20, 2006 to file any response to the Motion to Dismiss Allstate's Claims Against the Estate.

DATED this _____ day of November, 2006.

BY THE COURT

_____
Timothy M. Burgess
U.S. District Court Judge

(Proposed) Order Granting Motion for Extension of Time to
File Response to Motion to Dismiss Allstate's Claims Against the Estate
*Allstate Indemnity Company v. Fielder, et al.*, Case No. 3:04-cv-00246-TMB
Page 2 of 2