# BLISS, WILKENS & CLAYTON
an association of LLCs
LAWYERS



500 L STREET, SUITE 200, ANCHORAGE, ALASKA 99501-5909
TELEPHONE: (907) 276-2999 FACSIMILE: (907) 276-2956
www.bwclawfirm.com

FELDMAN ORLANSKY
& SANDERS
via mssg

Ronald L. Bliss
James K. Wilkens
Alfred Clayton, Jr.

Jonathan P. Hegna

Of Counsel
Jean E. Kizer
Ann K. Stokes
Maryanne Boreen

September 13, 2006

*Via Hand Delivery*

Eric T. Sanders
Feldman, Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK   99501

Re:  Allstate v. Sally Fielder, Libbey, et. al.
     Allstate Policy No.:   907184390
     Our File:              854-451

Dear Mr. Sanders:

　　Allstate is still considering your August 30, 2006 invoice to Mr. Libbey and your letter of August 31, 2006 to me conveying a copy of that invoice. Because Allstate is still considering the matter, I cannot tell you yet how it will respond. I may be able to relay Allstate's position tomorrow afternoon.

　　I am notifying the court that there is no effective jury demand. Perhaps that may change who will preside at the settlement conference and the date that any settlement memorandum is due.

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　BLISS, WILKENS & CLAYTON

　　　　　　　　　　　　　　　Alfred Clayton, Jr.

ATC:asm

N:\ASM\854\451\CORRESP\Sanders.21.doc

Exhibit 1
Partial Opposition to Allstate's
Motion to Dismiss Claims Against the Estate
Case No. 3:04-cv-00246-TMB