ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>An Illinois Corporation, )<br>　　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　　 )<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE )<br>OF JULIE MENEREY, )<br>　　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　Defendants. )<br>_____) | Case No. 3:04-cv-00246-TMB |

**REQUEST FOR ORAL ARGUMENT**

Defendant Daniel E. Libbey, as personal representative of the Estate of Julie

Menerey, hereby requests oral argument on the Estate's Motion to Dismiss for Lack of

Request for Oral Argument
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                                          Page 1 of 2

Subject Matter Jurisdiction (Dkt. 110) and on Allstate's Motion to Dismiss Claims Against the Estate (Dkt. 115).

Dated this 20th day of November, 2006.

> s/ Eric T. Sanders
>
> FELDMAN ORLANSKY & SANDERS
> 500 L Street, Suite 400
> Anchorage, Alaska 99501
> Telephone:   (907) 272-3538
> Facsimile:    (907) 274-0819
> Email:          sanders@frozenlaw.com
> Alaska Bar No. 7510085
>
> Attorneys for Defendant
> Daniel E. Libbey

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of
November, 2006, a copy of the Request
for Oral Argument was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders

Request for Oral Argument
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                         Page 2 of 2