```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 ALLSTATE INDEMNITY CO.          vs.    SALLY FIELDER, et al.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:04-CV-00246-TMB

DEPUTY CLERK/RECORDER: Elisa Singleton

APPEARANCES:    PLAINTIFF: Alfred Clayton

                DEFENDANT: Eric Sanders

PROCEEDINGS:   ORAL ARGUMENT RE: MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION (DKT 110) MOTION TO DISMISS CLAIMS
AGAINST THE ESTATE (DKT 115) - Held January 9, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

Court and counsel heard.  Motion to Dismiss Claims Against the
Estate (dkt 115) to be held in abeyance.  Parties to meet and
confer and notify the court of a briefing schedule re Motion to
Dismiss for Lack of Subject Matter Jurisdiction (110).  Mr.
Sanders to notify the court of the briefing schedule.

At 10:23 a.m. court adjourned.

DATE: January 9, 2007   DEPUTY CLERK'S INITIALS:      ES