ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>An Illinois Corporation, )<br>  )<br>            Plaintiff, )<br>  )<br>   v.   )<br>  )<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE )<br>OF JULIE MENEREY, )<br>  )<br>            Defendants. )<br>_____) | Case No. 3:04-cv-00246-TMB |

**NOTICE OF BRIEFING SCHEDULE**

The parties have conferred and agree to the following schedule on the supplemental briefing the Court requested at the hearing on January 9, 2007 [Dkt. 125]:

Notice of Briefing Schedule
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                 Page 1 of 2

| Party | Pleading | File Date |
|---|---|---|
| Defendant | Additional Brief | January 31, 2007 |
| Plaintiff | Opposition | February 26, 2007 |
| Defendant | Reply | March 9, 2007 |

Dated this 31st day of January, 2007.

        s/ Eric T. Sanders

        FELDMAN ORLANSKY & SANDERS
        500 L Street, Suite 400
        Anchorage, Alaska 99501
        Telephone:   (907) 272-3538
        Facsimile:    (907) 274-0819
        Email:         sanders@frozenlaw.com
        Alaska Bar No. 7510085

        Attorneys for Defendant
        Daniel E. Libbey

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2007,
a copy of the Notice of Briefing Schedule was served
electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders

Notice of Briefing Schedule
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                 Page 2 of 2