ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>                 Plaintiff,<br><br>    v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>                Defendants. | Case No. 3:04-cv-00246-TMB |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR ESTATE TO FILE REPLY TO ALLSTATE'S
SUPPLEMENTAL BRIEFING IN OPPOSITION TO ESTATE'S
MOTION TO DISMISS FOR "LACK OF SUBJECT MATTER JURISDICTION"**

Daniel E. Libbey, as personal representative of the Estate of Julie Menerey, hereby

requests that this Court grant an extension of time to March 19, 2007, to file his reply to

Unopposed Motion for Extension of Time
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                        Page 1 of 2

Allstate's Supplemental Briefing in Opposition to Estate's Motion to Dismiss for "Lack

of Subject Matter Jurisdiction."    Alfred Clayton, attorney for Allstate Indemnity

Company, does not oppose this motion.

Dated this 8th day of March, 2007.

s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com
Alaska Bar No. 7510085

Attorneys for Defendant
Daniel E. Libbey

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2007,
a copy of the foregoing Unopposed Motion for
Extension of Time for Estate to File Reply to
Allstate's Supplemental Briefing in Opposition
to Estate's Motion to Dismiss for "Lack of Subject
Matter Jurisdiction" was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders

Unopposed Motion for Extension of Time
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                   Page 2 of 2