ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>                              Plaintiff,<br><br>        vs.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>                              Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:04-cv-00246-TMB |

**(Proposed)**
**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**
**TO SUPPLEMENTAL BRIEFING IN OPPOSITION TO MOTION**
**TO DISMISS FOR "LACK OF SUBJECT MATTER JURISDICTION"**

Pursuant to the Unopposed Motion for Extension of Time for Estate to File Reply to

Allstate's Supplemental Briefing in Opposition to Estate's Motion to Dismiss for "Lack of

Subject Matter Jurisdiction,"

IT IS HEREBY ORDERED that defendant, Daniel E. Libbey, as personal representative of the Estate of Julie Menerey, shall have until March 19, 2007, to file a reply to Allstate's Supplemental Briefing in Opposition to Estate's Motion to Dismiss for "Lack of Subject Matter Jurisdiction."

DATED this _____ day of March, 2007.

BY THE COURT

_____
Timothy M. Burgess
U.S. District Court Judge

(Proposed) Order Granting Motion for Extension of Time to File Reply to Supplemental
Briefing in Opposition to Motion to Dismiss for "Lack of Subject Matter Jurisdiction"
*Allstate Indemnity Company v. Fielder, et al.*, Case No. 3:04-cv-00246-TMB
Page 2 of 2