Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
     Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>an Illinois Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SALLY FIELDER, and DANIEL E.<br>LIBBEY, as personal<br>representative of the ESTATE<br>OF JULIE MENEREY,<br><br>              Defendants. | Case No. 3:04-CV-246-TMB |

### ALLSTATE'S MOTION FOR RECONSIDERATION
### OF ORDER AT DOCKET 133

Pursuant to Local Rule 59.1, Allstate Indemnity Company moves the Court to reconsider its order at Docket 133 dismissing Allstate's claims against the Estate based on the lack of subject matter jurisdiction.  This motion is supported by the attached memorandum and the previous Order of Judge Singleton at Docket 42.

DATED this 22nd day of October, 2007, at Anchorage, Alaska.

By: <u>s/Alfred Clayton, Jr.</u>

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: <u>atc@bwclawyers.com</u>
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 9111079]

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on 10/22/07, a copy of the foregoing was served electronically on:

**Eric Sanders**

**Dennis M. Mestas**

<u>**s/Alfred Clayton, Jr.**</u>

N:\ASM\854\451\PLDG\RECONSIDER.MTN..doc

Allstate's Motion for Reconsideration
Of Court's Order at Docket 133
Page 2 of 2

*Allstate v. Fielder, et al.*
3:04-CV-246-TMB