Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
    Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:04-CV-246-TMB |
| v. ) ) | |
| SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY, ) ) ) ) ) | |
| Defendants. ) _____) | |

**ALLSTATE'S MOTION TO ALLOW SUPPLEMENTAL MATERIAL**

Allstate moves pursuant to D. Ak. LR 7.1(h)(2) and Fed. R. Evid. 201 for the Court to consider and take judicial notice of the attached certified public record in connection with Allstate's motion seeking reconsideration of the Court's order at Docket 133. Docket 133 assumes the following:

> Allstate and the Estate have never taken adverse positions with respect to their obligations under the auto insurance contract . . . . Allstate has failed to

>establish that the Estate ever made such an accusation [that Allstate breached its duty of good faith and fair dealing] or planned to bring such a claim.

Docket 133 at 17. Contrary the Court's assumptions at Docket 133, page 17, the Estate made the following representations in the <u>Fielder v. Estate of Julie Menerey</u> tort case before the Superior Court for the State of Alaska, Third Judicial District:

>After the [tort] lawsuit was filed, the plaintiff [Sally Fielder] initiated negotiations with Ms. Menerey's Estate to settle her claims against the Estate, which included an assignment of rights against the Estate's insurer [Allstate]. While these discussions were underway, the Estate's insurer filed a declaratory judgment action in Federal Court. As a result of that action, the plaintiff [Sally Fielder] informed the Estate that she no longer wanted to continue the ongoing settlement discussions involving an assignment against the Estate's insurer [Allstate]. Instead, the plaintiff [Sally Fielder] indicated that she wanted to go to trial.

See **Exhibit A**, a certified copy of the Defendant Estate's May 10, 2005 Reply to Plaintiff's Opposition to Defendant's Motion to Amend Complaint filed in <u>Sally Fielder v. The Estate of Julie Menerey</u>, Case No. 3AN-03-13709 CIV, before the Superior Court for the State of Alaska Third Judicial District at Anchorage.

Allstate submits that this public record is relevant as to why the federal declaratory judgment action filed by Allstate addressed a ripe case or controversy. Allstate did not locate this public record until after its five day deadline had run to move for reconsideration of Docket 133. Since **Exhibit A** is a public record which has always been within the scope of the Estate's knowledge, Allstate submits that allowing this document into the record does

not unduly or unfairly prejudice the Estate.

DATED this 31st day of October, 2007, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2007, a copy of the foregoing was served electronically on:

**Eric Sanders**

**Dennis M. Mestas**

**s/Alfred Clayton, Jr.**

N:\ASM\854\451\PLDG\Allstate.Mtn.File.Supple.Material.doc