Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
     Allstate Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY, <br><br> Defendants. | Case No. 3:04-CV-246-TMB |

### ORDER

Allstate has moved, pursuant to D. Ak. LR 7.1(h)(2) and Fed. R. Evid. 201 for the Court to consider and take judicial notice of a part of the certified public record in the <u>Fielder</u> tort case in connection with this Court's reconsideration of Docket 133.  In the interest of fairness the Court grants Allstate leave to supplement the record in connection with Allstate's "case or controversy" claim.

 

x

x

x

x

x

x

x

x

x

x


x

x

x

x

DATED:_____                    _____
                                         Timothy M. Burgess
                                         U.S. District Court Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2007, a copy of the foregoing was served electronically on:

**Eric Sanders**

**Dennis M. Mestas**


**s/Alfred Clayton, Jr.**


N:\ASM\854\451\PLDG\Allstate.Mtn.Allow.Supple.Material.form.order.doc

Order Re: Allstate's Motion to
Allow Supplemental Material                    *Allstate v. Fielder, et al.*
Page 2 of 2                                    3:04-CV-246-TMB