ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>                                   Plaintiff,<br><br>          v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>                                   Defendants.<br>_____ | Case No. 3:04-cv-00246-TMB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Daniel E. Libbey, Personal Representative of the Estate of Julie Menerey, by and

through his attorneys, Feldman Orlansky & Sanders, hereby moves for an extension of

time until May 7, 2008, to file his response to Plaintiff's Motion for Reconsideration [Dkt. 134]. Counsel for plaintiff does not oppose this extension.

Dated this 28th day of April, 2008.

>s/ Eric T. Sanders
>
> FELDMAN ORLANSKY & SANDERS
> 500 L Street, Suite 400
> Anchorage, Alaska 99501
> Telephone:    (907) 272-3538
> Facsimile:    (907) 274-0819
> Email:        sanders@frozenlaw.com
> Alaska Bar No. 7510085
>
> Attorneys for Defendant
> Daniel E. Libbey

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2008,
a copy of the **Unopposed Motion for Extension
of Time** was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders