ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>                 Plaintiff,<br><br>  vs.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>                 Defendants. | Case No. 3:04-cv-00246-TMB<br><br>(Proposed)<br>**ORDER GRANTING**<br>**EXTENSION OF TIME** |

IT IS HEREBY ORDERED that defendant, Daniel E. Libbey, as personal representative of the Estate of Julie Menerey, shall have until May 7, 2008, to file any response to Plaintiff's Motion for Reconsideration [Dkt. 134].

DATED this ____ day of _____, 2008.

                               BY THE COURT

                               _____
                               Timothy M. Burgess
                               U.S. District Court Judge