Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  atc@bwclawyers.com

Attorneys for Plaintiff
     Allstate Indemnity Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY,<br><br>           Defendants. | Case No. 3:04-CV-246-TMB |

**ALLSTATE'S NOTICE OF OBJECTION TO ESTATE'S UNAUTHORIZED FILING AND EFFORT AT DOCKET 140 TO CURE A WAIVER UNDER LOCAL RULE 7.1(d)(1)**

The Order at Docket 139 granted the Estate leave to file a 5-page response to Allstate's motion for reconsideration at Docket 133.  See Local Rule 59.1(c).  The Estate not only opposed reconsideration at Docket 141, it has also filed an opposition at Docket 140, which was not timely or authorized by the Court.  The Estate waived opposition to Allstate's motion for the court to

consider supplemental materials, Docket 136, by failing to timely oppose Allstate's original motion.  See Local Rule 7.1(d)(1).  Allstate objects to what is, in effect, a 10-page opposition to Allstate's motion to reconsider or an untimely opposition to Allstate's motion at Docket 136.  The Court should strike and disregard Docket 140.

DATED this 13th day of May, 2008, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Indemnity Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 9111079]

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008,
a copy of the foregoing was
served electronically on:

**Eric Sanders**

**Dennis M. Mestas**

**s/Alfred Clayton, Jr.**

N:\ASM\854\451\PLDG\OBJECTION.ESTATE.OPPOS.doc