ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,  )<br>An Illinois Corporation,                        )<br>                                                           )<br>                                 Plaintiff,           )<br>                                                           )<br>       v.                                                )<br>                                                           )<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE )<br>OF JULIE MENEREY,                          )<br>                                                           )<br>                                 Defendants.     )<br>_____) | Case No. 3:04-cv-00246-TMB<br><br>**MENEREY ESTATE'S<br>RESPONSE TO ALLSTATE'S<br>NOTICE OF OBJECTION** |

On October 22, 2007, Allstate asked this Court to reconsider its Order Granting the Estate's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Dkt. 134]. In a pleading entitled Motion to Allow Supplemental Material [Dkt. 136], on October 31,

2007, Allstate asked the Court to consider another pleading "in connection with Allstate's motion seeking reconsideration . . ."

Pursuant to Local Rule 59.1(d)(1), the Estate could not file an opposition to the Motion for Reconsideration "unless requested by the Court." Consequently, the Estate took no action concerning either Allstate's Motion for Reconsideration or the related Motion to Allow Supplemental Material.

On April 22, 2008, the Court ordered the Estate to file a response to Allstate's Motion for Reconsideration. On May 7, 2008, the Estate timely filed its Opposition to Motion for Reconsideration [Dkt. 141]. On that same date, the Estate responded to the Motion to Allow Supplemental Material which Allstate's had filed as support for the reconsideration motion filed in October 2007. With respect to the latter pleading, the Estate pointed out that the supplemental material submitted by Allstate was not new evidence, but to the extent it was "being offered to show that Fielder made a settlement offer that was rejected, the Estate [had] no objection to its submission."

Allstate now wants the Court to "strike and disregard" the Estate's response to Allstate's Motion to Allow Supplemental Material on the grounds that it was untimely. But this objection ignores the fact that the supplemental material presented to the Court on October 31, 2007, was directly linked to the Motion for Reconsideration. Absent the April 22, 2008 request by the Court for a response to the Motion for Reconsideration, there was no reason whatsoever for the Estate to advise the Court of its position concerning the related supplemental material.

The Estate's succinct explanation of its position regarding Allstate's supplemental material was only necessary in the context of the Motion for Reconsideration. Accordingly, Allstate's objection to the Estate's pleading lacks merit.

Dated this 27th day of May, 2008.

            s/ Eric T. Sanders

            FELDMAN ORLANSKY & SANDERS
            500 L Street, Fourth Floor
            Anchorage, Alaska 99501
            Telephone: (907) 272-3538
            Facsimile: (907) 274-0819
            Email:  sanders@frozenlaw.com
            Alaska Bar No. 7510085

            Attorneys for Defendant
            Daniel E. Libbey

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2008,
a copy of the **Menerey Estate's Response to
Allstate's Notice of Objection** was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders