IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INDEMNITY CO.,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>SALLY FIELDER and DANIEL E. LIBBEY, as personal representative of the ESTATE OF JULIE MENEREY,<br><br>　　　　　　Defendants. | Case No. 3:04-cv-00246-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　　___　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　_X_　**DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Estate of Julie Menerey recover costs in the amount of $_____ from the plaintiff Allstate Indemnity Co.

APPROVED:

　　_/s/Timothy M. Burgess_
　　**TIMOTHY M. BURGESS**
　　United States District Judge

| August 18, 2008 | IDA J. ROMACK |
|---|---|
| Date | Clerk |