ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>              Defendants. | Case No. 3:04-cv-00246-TMB |

**MOTION FOR EXTENSION OF TIME**

This action began 47 months ago when Allstate Indemnity Company sued its own insured – the Estate of Julie Menerey – based upon false allegations. After extensive litigation, on October 15, 2007, this court granted the Estate's Motion to Dismiss. (Dkt.

Motion for Extension of Time
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                               Page 1 of 3

133)  Allstate's Motion for Reconsideration was denied on August 13, 2008 (Dkt. 144), and the court issued a Judgment on August 18, 2008 (electronically served August 19, 2008, at Dkt. 145).  Under Alaska Local Rule 54(3), the Estate is entitled to seek attorney's fees that were incurred in defending this lawsuit.

Under the Rules, the Estate's motion for attorney's fees is due on September 5, 2008.  Because the Estate needed additional time to prepare the motion for attorney's fees, Allstate's counsel, Alfred Clayton, was asked if he would agree to an extension of time.  Mr. Clayton refused to agree to any extension.

Accordingly, the defendant now moves for a 14-day extension of time to file a motion for attorney's fees.  This motion is supported by the attached affidavit of counsel.

Dated this 5th day of September, 2008.

> s/ Eric T. Sanders
>
> FELDMAN ORLANSKY & SANDERS
> 500 L Street, Suite 400
> Anchorage, Alaska 99501
> Telephone:   (907) 272-3538
> Facsimile:    (907) 274-0819
> Email:         sanders@frozenlaw.com
> Alaska Bar No. 7510085
>
> Attorneys for Defendant
> Daniel E. Libbey

Motion for Extension of Time
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                             Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2008,
a copy of the **Motion for Extension of Time** was served
electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders

Motion for Extension of Time
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                            Page 3 of 3