ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:04-cv-00246-TMB |
| vs. | ) ) | |
| SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY, | ) ) ) ) | (Proposed)<br>**ORDER GRANTING**<br>**EXTENSION OF TIME** |
| Defendants. | ) ) | |
| _____ | ) | |

IT IS ORDERED that the Estate's Motion for Extension of Time to file its motion

for attorney's fees GRANTED.   The Estate's motion for attorney's is due September 19,

2008.

/

/

/

DATED this _____ day of _____, 2008.

BY THE COURT

_____
Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2008,
a copy of the **(Proposed) Order Granting Motion for
Extension of Time** was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders