ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:  sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>An Illinois Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SALLY FIELDER, and DANIEL E. LIBBEY,<br>As personal representative of the ESTATE<br>OF JULIE MENEREY,<br><br>                Defendants. | Case No. 3:04-cv-00246-TMB |

**AFFIDAVIT OF COUNSEL IN SUPPORT
OF MOTION FOR EXTENSION OF TIME**

STATE OF ALASKA         )
                                              ) ss.
THIRD JUDICIAL DISTRICT )

Affidavit of Counsel in Support of Motion for Extension
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                                                                          Page 1 of 3

Eric T. Sanders, being first duly sworn on oath, states as follows:

1.   Feldman Orlansky & Sanders are the attorneys for the Estate of Julie Menerey in this action.

2.   Because the Estate is entitled to seek attorney's fees in this case, Feldman Orlansky & Sanders will be filing a motion for attorney's fees under Local Rule 54(3).

3.   Because of the law firm's work on other matters, we have not been able to complete the motion for attorney's fees in this action as of September 5, 2008. One of the other matters we have been working on extensively during the past two weeks is the appeal of a death penalty case to the United States Court of Appeals for the Fifth Circuit. This case, which our firm is handling pro bono for a man on death row in Texas, is entitled *Elroy Chester v. Nathaniel Quarterman*, Case No. 08-70023. Our appellate brief must be filed on September 10, 2008.

4.   I called, Alfred Clayton, Allstate's attorney, four times between September 2 and September 5 to discuss this matter, but I did not speak to him until September 5, 2008, at approximately 12:30 p.m. At that time Mr. Clayton informed me that he would not agree to give the Estate any extension of time to file the motion for attorney's fees.

/

/

/

Affidavit of Counsel in Support of Motion for Extension
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                              Page 2 of 3

5.  During my entire career as a lawyer, I have never had an attorney refuse to grant me an extension of time in a situation like this.

_____
Eric T. Sanders

SUBSCRIBED AND SWORN TO before me this 5th day of September, 2008, at Anchorage, Alaska.

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
PEGGY S. CROWE
My Comm. expires: July 29, 2010

_____
Notary Public, State of Alaska
My commission expires: 7/29/2010

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2008, a copy of the **Affidavit of Counsel in Support of Motion for Extension of Time** was served electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders

Affidavit of Counsel in Support of Motion for Extension
*Allstate Indemnity Company v. Sally Fielder, et al.*
Case No. 3:04-cv-00246-TMB                                    Page 3 of 3