ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:   (907) 274-0819
Email:        sanders@frozenlaw.com

Attorneys for Defendant
Daniel E. Libbey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, )<br>An Illinois Corporation, )<br>)<br>               Plaintiff, )<br>)<br>v. )<br>)<br>SALLY FIELDER, and DANIEL E. LIBBEY, )<br>As personal representative of the ESTATE )<br>OF JULIE MENEREY, )<br>)<br>               Defendants. )<br>_____) | Case No. 3:04-cv-00246-TMB |

### AFFIDAVIT OF TIME CALCULATION

STATE OF ALASKA            )
                                ) ss.
THIRD JUDICIAL DISTRICT    )

      Peggy S. Crowe, being first duly sworn states as follows:

      1.    I am a secretary at the office of Feldman Orlansky and Sanders.

2.   On August 19, 2008, our office was electronically served by the Court with the Judgment in the above-referenced case.

3.   I calculated the time for filing of the motion for attorney's fees as follows: 14 days after electronic service of the entry of final judgment (August 19 plus 14 days = September 2), plus three days for mailing equals September 5.

4.   I made a phone call to the federal clerk's office today to confirm that three additional days were added to the 14-day filing dealing on this particular type of motion, and was told that the three days were added.

_____
Peggy S. Crowe

SUBSCRIBED AND SWORN to before me this 5th day of September, 2008, at Anchorage, Alaska.

_____
Notary Public, State of Alaska
My Commission expires: 12-13-2010

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2008,
a copy of the **Affidavit of Time Calculation** was served
electronically on:

Alfred Clayton, Jr.
Bliss, Wilkens & Clayton

Dennis M. Mestas
Law Offices of Dennis M. Mestas

s/ Eric T. Sanders